

# U. S. DISTRICT COURT
## Western District of Virginia
### Office of the Clerk
210 Franklin Road, SW
Roanoke, Virginia   24011-2208

*Julia C. Dudley*                                    *Voice: 540/857-5100*
*Clerk of Court*                                     *Facsimile:  540/857-5110*

February 6, 2020

Jesus Mendez 38655-054
USP Lee
PO Box 305
Jonesville, VA 24263

RE: Case #: 7:20cv00046 / $50.00 Money Order

Mr. Mendez:

Please be advised the $50.00 money order is being returned to you.

The filing fee for a civil lawsuit in the federal court is $400.00. Only after the court determines that a plaintiff may proceed in forma pauperis, the plaintiff will be required to pay a $350.00 filing fee without the additional $50.00 administrative fee. The court makes this determination through review of financial records, accounts, etc. If, and when the court grants such leave, you will receive an order stating so.

At this time, you have not been granted in forma pauperis. Therefore, the court cannot accept a partial payment for the $400.00 filing fee. If you wish to pay the full filing fee of $400.00 via two money orders, you may do so by sending them together. We must receive the full payment on the same date. Otherwise, you may wait for the court to see if they are going to grant you the opportunity to proceed In Forma Pauperis without prepayment. At that time the filing fee would then be $350.00.

Sincerely,

A. Seagle
Deputy Clerk