Pg. I

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 07 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

TO: Ms. Julia C. Dudley, Clerk
U.S. District Court
Western District of Virginia
210 Franklyn Road, Room 540
Roanoke, VA. 24011

FROM: Jesus Mendez #38655-054
U.S.P. Lee / P.O. Box 305
Jonesville, VA. 24263

Re: Civil Action Jesus Mendez vs. Lev, et al,    3/25/20
    # 7:20-CV-00046

Ma'am,

I am writing respectfully requesting a halt to the May 13, 2020 deadline to serve the defendants for the following reasons:

1) USP Lee is currently under quarantine due to Covid-19 pandemic in the world. Currently, I am not allowed in the Law Library. So until the facility gets back to normal operations, I can't meet any deadlines.

2) I would like to also seek permission to add defendants to the civil suit, and re-submit the complaint to narrow the issue & make it easier to mitigate. The defendants that I wish to add to the civil action are already mentioned in the original complaint. They were not put in the caption of the suit. Except w/ the exception of A.W. of Programs Mr. Hengel, he will be the only one who isn't mentioned in the original complaint, but will be in the new complaint. So the Civil Suit will be against the following 6 Federal Bureau of Prison employees -
  1) Warden Breckon           5) Correction Officer Roberts
  2) Associate Warden Lev     6) Correction Officer Grace
  3) Associate Warden Hengel  7) Correction Officer Hall
  4) Capt. J. Shortt

→ Pg. II


Pg. 2

3) Currently, I can't serve the above six(6) defendants w/in 90 days for the reasons stated on pg. one(1), but moreover, the defendants are gov't employee's who I doubt will be willing to turn over their home address. Therefore, I need the U.S. Marshalls to serve them pursuant to Rule 4(i), unless the defendants will be defended by the U.S. Attorney? I await your response!

I, Thank You, In Advance for your Time, Help, & Service!

Dated, 3/25/20

Respectfully,

Jesus Mendez

Jesus Mendez
#38655-054
USP Lee / P.o. Box 305
Jonesville, Va. 24263

Jesus Mendez
#38655-054
U.S.P. Lee / P.o. Box 305
Jonesville, VA. 24263

To: Ms. Julia C. Dudley
Clerk of Court
U.S. District Court
Western District of Virginia
210 Franklyn Road, Room 540
Roanoke, VA. 24011

"Legal Mail"

7019 0700 0000 8732 5546

CERTIFIED MAIL®

